**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Anthony John VALENTO,**
**Defendant–Appellant.**

No. 16–50479

United States Court of Appeals,
Ninth Circuit.

Submitted September 26, 2017 **

FILED OCTOBER 2, 2017

Jean–Claude Andre, Nancy Spiegel, DOJ—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Jonathan D. Libby, Esquire, FPDCA—Federal Public Defender's Office (Los Angeles), Los Angeles, CA, for Defendant–Appellant.

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM *

Anthony John Valento appeals from the three-month sentence imposed upon revocation of supervised release with 33 months of supervision to follow. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Valento's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Valento the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.